# ALABAMA COURT OF CRIMINAL APPEALS



July 12, 2024

**CR-2024-0038**
Mack Allen Cowan v. State of Alabama (Appeal from Mobile Circuit Court: CC-19-3931)

## NOTICE

You are hereby notified that on July 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk